# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LUIS TEJEDA-HURTADO, | Civil No. 21-2766 (JRT/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| J. FIKES, Warden FCI SST, | |
| Respondent. | |

_____

Luis Tejeda-Hurtado, Reg No. 71508-097, FCI-Sandstone, PO Box 1000, Sandstone, MN 55072, Petitioner.

Ana H Voss and Kristen Elise Rau, **United States Attorney's Office**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. The Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED as moot**.

2. This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 22, 2022  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge